UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
JANET MARIE DOWNING

CASE NO. 07 B 04767

CHAPTER 13

JUDGE: BRUCE W BLACK

Debtor  
SSN XXX-XX-3449

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/19/07 and confirmed on 07/17/07.

2. The case was converted to Chapter 7 after confirmation, 10/24/2008.

3. The Debtor paid a total of $ 7683.10 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SILVERLEAF RESORT INC | SECURED | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| FINANCE ALTRNATIVES RECE | UNSECURED | 456.08 | .00 | 112.02 |
| ASPIRE | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED ANESTHESIOLOG | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 729.17 | .00 | 142.62 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 749.41 | .00 | 146.57 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7683.83 | .00 | 1502.86 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 304.33 | .00 | 59.55 |
| THE WOODLANDS OF CRESTHI | UNSECURED | 1605.59 | .00 | 314.04 |
| MICHEL H MALEK MD | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1033.76 | .00 | 202.19 |
| PAYDAY LOAN STORE | UNSECURED | 315.86 | .00 | 61.80 |
| JOHN C DENT | REIMBURSEMENT | 359.00 | .00 | 359.00 |
| FINANCE ALTRNATIVES RECE | NOTICE ONLY | .00 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 414.33 | .00 | 81.04 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PRIME ACCEPTANCE CORP | UNSECURED | 5224.81 | .00 | 1021.90 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 359.00 | 18517.17 | .00 | 18876.17 |
| PRINCIPAL PAID | .00 | 359.00 | 3644.59 | .00 | 4003.59 |

```
INTEREST PAID                      .00           .00          .00          .00          .00
TOTAL PAID                         .00        359.00      3644.59          .00      4003.59
```

The Debtor's attorney, JOHN C DENT                        , was allowed $   3000.00
and was paid $   3000.00 .

The Trustee received $     339.81 .

Refunds to the Debtor totaled $     339.70 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 01/22/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 07 B 04767 JANET MARIE DOWNING